IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE RHI | § | |
| | § | |
| VS. | § | CIVIL ACTION NO._____ |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY | § | JURY DEMANDED |

## NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in the above cause, and pursuant to Rule 15, Federal Rules of Civil Procedure, and 28 U.S.C. Sections 1441 and 1332, files this its Notice of Removal and in connection therewith would respectfully show the Court the following:

### I.
### BACKGROUND

1. Petitioner is the Defendant in a civil action now pending in the 444th Judicial District Court of Cameron County, Texas, Cause Number 2022-DCL, styled ***RENE RHI vs. ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY*** wherein Plaintiff seeks monetary relief for property damage, and asserts claims for breach of contract and alleged violations of the Texas Insurance Code, as well as claims for bad faith and fraud.

### II.
### BASIS FOR REMOVAL

2. The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the Defendant is diverse in citizenship from the Plaintiff. Defendant is not a citizen of the State of Texas.

## III.
## DIVERSITY IN CITIZENSHIP

**Plaintiff - RENE RHI**

3. The Plaintiff, Rene Rhi is domiciled in Cameron County, in the State of Texas, and was domiciled there at the time this action was commenced. Plaintiff was at that time and is now a citizen of the State of Texas.

**Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY**

4. The Defendant, Allstate Vehicle and Property Insurance Company, is a corporation incorporated under the laws of the State of Illinois, having its principal place of business now and at the time this action was commenced in Northbrook, Cook County, in the State of Illinois. Defendant is now, and was at the time this action was commenced, a citizen of the State of Illinois and of no other state.

5. Accordingly, diversity of citizenship exists among the parties.

## IV.
## AMOUNT IN CONTROVERSY

6. The amount in controversy in this action exceeds, exclusive of interests and costs, the sum of Seventy-Five Thousand Dollars ($75,000.00). Plaintiff claims he seeks maximum damages of $250,000. See Paragraph 48 of Plaintiff's Original Petition.

7. Defendant would further show, the applicable policy of Rene Rhi provides dwelling limits of $249,430, other structures limits of $12,472.00 and contents coverage of $74,829.00. See declarations page attached as Exhibit A.

8. Additionally, prior to litigation, Plaintiff, submitted a demand for $139,288.21. See Demand letter attached as Exhibit B. In addition to policy benefits, in his Petition, Plaintiff seeks damages for mental anguish, economic hardship, treble damages, exemplary damages and

attorney's fees. See Paragraph 38-47 of Plaintiff's Original Petition. Accordingly, considering all damages Plaintiff would be entitled to, should he prevail, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

## VI.

9.  Removal of this action is proper under 28 U.S.C. §1441, since it is a civil action brought in a state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. §1332 because the Plaintiff and Defendant are diverse in citizenship and the amount in controversy exceeds $75,000.00.

## VII.

11. This notice of removal is being filed within thirty (30) days after receipt by Petitioner of Plaintiff's Original Petition, which was the first notice to Defendant of this lawsuit. This removal is filed under 28 U.S.C. Section 1446(b).

## VIII.

12. Petitioner's time to answer or remove with respect to the Plaintiff's Original Petition has not expired. Plaintiff's Original Petition was served on the Defendant ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY on April 1, 2022.

## IX.

13. This action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. Section 1331 and this action may be removed to this Court by Petitioner, pursuant to the provisions of 28 U.S.C. Section 1441. Copies of all pleadings including the docket sheet on file with the State Court are attached hereto.

WHEREFORE, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, Defendant in this action, pursuant to these statutes and in conformance with the requirements set

forth in 28 U.S.C. §1446, removes this action for trial from the 444th District Court, Cameron County, Texas to this Court, on this 29th of April, 2022.

    Respectfully submitted,

    BY: /s/ *Rosemary Conrad-Sandoval*
    Rosemary Conrad-Sandoval
    Attorney-in-charge
    State Bar #04709300
    Federal ID #13738
    And
    Rene Oliveira, Jr.
    State Bar# 24059132
    Federal ID #1005530

    Of Counsel

    ROERIG, OLIVEIRA & FISHER, L.L.P.
    10225 North 10th Street
    McAllen, Texas   78504
    (956) 393-6300
    (956) 386-1625 (Fax)

    ATTORNEYS FOR DEFENDANT

## VERIFICATION

THE STATE OF TEXAS   :
                     :
COUNTY OF HIDALGO    :

I, ROSEMARY CONRAD-SANDOVAL, being first duly sworn, depose and say that: I am counsel for Petitioner, ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; I am familiar with the contents of the above; and to the best of my knowledge the contents thereof are true and correct.

_____
ROSEMARY CONRAD-SANDOVAL

SUBSCRIBED AND SWORN TO BEFORE ME by the said ROSEMARY CONRAD-SANDOVAL, this 29th day of April, 2022, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas

VIVIANA SUJEY MIRAMONTEZ
Notary Public, State of Texas
Comm. Expires 02-24-2024
Notary ID 130552285

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing Notice of Removal has been e-mailed to the Attorney for Plaintiff, as follows:

Larry W. Lawrence
Michael Lawrence
Celeste Guerra
LAWRENCE LAW FIRM
3112 Windsor Rd., Suite A234
Austin, Texas 78703
lawrencefirm@gmail.com
lory.lawrencefirm@gmail.com

on this 29th day of April, 2022.

                                                /s/ *Rosemary Conrad-Sandoval*
                                                ROSEMARY CONRAD-SANDOVAL