United States District Court
Southern District of Texas
**ENTERED**
March 23, 2023
Nathan Ochsner, Clerk

1:22 UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RENE RHI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:22-CV-049 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Rene Rhi and Defendant Allstate Vehicle and Property Insurance Company filed an Agreed Stipulation of Dismissal with Prejudice (Doc. 6) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Although the filing dismisses Rhi's causes of action without court order, the parties request an Order confirming the dismissal. As a result, it is:

**ORDERED** that Plaintiff Rene Rhi's causes of action are **DISMISSED WITH PREJUDICE**.

Unless otherwise agreed upon by the parties, each party is to bear its own attorney's fees and costs.

The Clerk of Court is directed to close this matter.

Signed on March 23, 2023.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge